UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Roberto OCHOA-Castellano,** ) <br> ) <br> ) <br> Defendant ) <br> _____) | Magistrate Docket No. <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States <br><br> '08 MJ 2700 |

FILED 08 SEP -3 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

The undersigned complainant, being duly sworn, states:

On or about **September 1, 2008** within the Southern District of California, defendant, **Roberto OCHOA-Castellano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **SEPTEMBER, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

DOA 09/01/08

CONTINUATION OF COMPLAINT:
Roberto OCHOA-Castellano

## PROBABLE CAUSE STATEMENT

On September 1, 2008, Border Patrol Agent A. Furet Jr. was performing his assigned duties in the Imperial Beach area of operations. At approximately 7:40 P.M., Agent Furet responded to a seismic sensor activation near an area commonly referred to as "Burned Out." This area is located approximately three miles west of the San Ysidro, California Port of Entry and 400 yards north of the United States/Mexico International Boundary.

Upon arriving in the area, Agent Furet searched the area and encountered three individuals, including one later identified as the defendant, **Roberto OCHOA-Castellano**, attempting to conceal themselves in some brush. Agent Furet approached the three individuals, identified himself as a Border Patrol Agent, and questioned the three individuals as to their citizenship, nationality, and immigration status. All three individuals, including **OCHOA**, admitted to having entered the United States without inspection, and that they are citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 7:50 P.M., Agent Furet arrested all three individuals, including **OCHOA**, and they were transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 21, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. He stated he understood his rights, and was willing to answer questions without the presence of an attorney. **OCHOA** admitted that he is a citizen and national of Mexico, illegally present in the United States, with no immigration documents that would allow him to enter or remain in the United States legally.